SO ORDERED.
s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 3/8/2023

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------x

Deborah Zuckerbrod, individually and on behalf of all others similarly situated,

                        Plaintiff,

    -against-

Gutman, Mintz, Baker & Sonnenfeldt, LLP,
                      Defendant(s).
-----------------------------------------------------------------------x

Docket No: 2:22-cv-6082

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 8, 2023

| For Plaintiff Deborah Zuckerbrod | For Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP |
|---|---|
| */s/ Robert Yusko*<br>Robert Yusko<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ryusko@steinsakslegal.com | */s/ Ana Parikh*<br>Ana Parikh<br>Rivkin Radler, LLP<br>25 Main Street Court Plaza North Suite 501<br>Hackensack, NJ 07601<br>Ph: (201) 287-2465<br>Ana.parikh@rivkin.com |

## CERTIFICATE OF SERVICE

I certify that on March 8, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Robert Yusko*

                                          Robert Yusko
                                          **Stein Saks, PLLC**
                                          One University Plaza
                                          Hackensack, NJ 07601
                                          *Attorneys for Plaintiff*